**Order entered September 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00190-CV

### SHERICA REDRICK, Appellant

### V.

### STATE FARM LLOYDS, ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-12379**

## ORDER

Before the Court is appellant's September 19, 2018 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **September 27, 2018**.


        /s/  ADA BROWN
           JUSTICE